United States District Court
Southern District of Texas
**ENTERED**
June 18, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KIRK MACKEY, | § |
| Plaintiff, | § § § |
| VS. | § § CIVIL ACTION NO. 4:24-CV-01706 |
| ATHENS INVESTMENTS, L.L.C., | § § § |
| Defendant. | § § |

## ORDER

Before the Court is the Joint Stipulation of Dismissal. Doc. #8. In accordance with the Joint Stipulation of Dismissal and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby ORDERED that all claims that were or could have been asserted by Plaintiff against Defendant Athens Investments, L.L.C. are DISMISSED WITH PREJUDICE.

It is so ORDERED.

_____
JUN 1 8 2024
Date

_____
The Honorable Alfred H. Bennett
United States District Judge